IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. No. 1:13-cv-2914-AP

MARGARET E. PEREZ,

    Plaintiff,

v.

CAROLYN COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.   APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Joseph A. Whitcomb | John F. Walsh |
| Rocky Mountain Disability Law Group | United States Attorney |
| 1391 Speer Blvd., Suite 705 | |
| Denver, CO 80204 | J. Benedict García |
| Telephone:  (303) 534-1958 | Assistant United States Attorney |
| Facsimile: (303) 534-1949 | United States Attorney's Office |
| Email:  joe@RMDLG.com | Email:  J.B.Garcia@usdoj.gov |
| | |
| | James L. Burgess |
| | Special Assistant United States Attorney |
| | Social Security Administration, Region VIII |
| | Office of the General Counsel |
| | 1961 Stout Street, Suite 4169 |
| | Denver, Colorado 80294-4003 |
| | Phone:  (303) 844-1856 |
| | Facsimile:  (303) 844-0770 |
| | Email:  james.burgess@ssa.gov |

**2.   STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

- 1 -

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

     **A.     Date Complaint Was Filed:     October 25, 2013**

     **B.     Date Complaint Was Served on U.S. Attorney's Office:  February 20, 2014**

     **C.     Date Answer and Administrative Record Were Filed:  April 14, 2014**

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of her knowledge, Plaintiff states that the record is complete and accurate.
To the best of her knowledge, Defendant states that the record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.     OTHER MATTERS**

The parties state that there are no other matters.

**8.     BRIEFING SCHEDULE**

The parties agreed to the following schedule:

     **A.     Plaintiff's Opening Brief Due:           June 30, 2014**

     **B.     Defendant's Response Brief Due:      July 24, 2014**

     **C.     Plaintiff's Reply Brief (If Any) Due:    August 8, 2014**

---

1 The proposed briefing schedule departs from the ordinary briefing schedule by three weeks due to counsel having several briefs due in June.

9.  **STATEMENTS REGARDING ORAL ARGUMENT**

    A.  **Plaintiff's Statement:**   Plaintiff does not request oral argument.

    B.  **Defendant's Statement:**   Defendant does not request oral argument.

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    *Indicate below the parties' consent choice.*

    A.  ( )   **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.  ( X )  **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

11. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 22nd day of April, 2014.

                                    BY THE COURT:

                                    *s/John L. Kane*
                                    U.S. DISTRICT COURT JUDGE

APPROVED:

                    John F. Walsh
                    United States Attorney

By: *s/ Joseph A. Whitcomb*          By: s/ *James Burgess*
Rocky Mountain Disability Law Group   Special Assistant U.S. Attorney
1391 Speer Blvd., Suite 705           1961 Stout St., Suite 4169
Denver, CO 80204                   Denver, CO 80294-4003
Telephone: (303) 534-1958            Telephone: (303) 844-1856
Facsimile: (303) 534-1949            Facsimile: 303-844-0770
Email: joe@RMDLG.com              Email: james.burgess@ssa.gov

*Attorneys for Plaintiff*                *Attorneys for Defendant*