IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02914-MEH

MARGARET E. PEREZ,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Michael E. Hegarty on October 29, 2014, incorporated herein by reference, it is

ORDERED that the Commissioner's final order is REVERSED AND REMANDED. It is

FURTHER ORDERED that the decision of the ALJ that Plaintiff Margaret Perez was not disabled is REVERSED AND REMANDED. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff, Margaret E. Perez, and against Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security.

DATED at Denver, Colorado this  29th   day of October, 2014.

                              FOR THE COURT:

                              JEFFREY P. COLWELL, CLERK

                                          s/ S. Libid
                                          S. Libid, Deputy Clerk