IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02914-MEH

MARGARET E. PEREZ,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

---

## ORDER
---

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is Plaintiff's [Second] Motion for Approval of Attorney's Fees filed by Joseph A. Whitcomb, counsel for Plaintiff [filed September 15, 2015; docket #28], which is unopposed by the Defendant. Finding the fee request reasonable pursuant to 42 U.S.C. § 406(b)(1),

    IT IS ORDERED that attorney fees be granted in the amount of $7,941.00, which represents 25% of the past due benefits awarded to the Plaintiff, to Joseph A. Whitcomb, Esq.

    Dated at Denver, Colorado this 16th day of September, 2015.

                                        BY THE COURT:

                                        *Michael E. Hegarty*

                                        Michael E. Hegarty
                                        United States Magistrate Judge